[Nos. 25219-8-II; 25221-0-II.   Division Two.   August 25, 2000.]

JOHN S. PANGELINAN, ET AL., *Appellants*, v. NORTH PACIFIC
TRUSTEE, INC., *Respondent.*
WELLS FARGO BANK, *Respondent*, v. JOHN S. PANGELINAN, ET
AL., *Appellants.*

Appeals from judgments of the Superior Court for Pierce
County, Nos. 99-2-08026-8, 99-2-10183-4, Arthur W.
Verharen and John A. McCarthy, JJ., entered September
17, 1999 and October 8, 1999. *Affirmed* by unpublished
opinion per Hunt, A.C.J., concurred in by Houghton and
Bridgewater, JJ.

[No. 24900-6-II.   Division Two.   August 25, 2000.]

TONY J. WINTERS, ET AL., *Appellants*, v. WARREN JOHNSON, ET
AL., *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 97-2-01768-0, M. Karlynn Haberly, J., entered
July 26, 1999. *Affirmed* by unpublished opinion per
Armstrong, C.J., concurred in by Houghton and
Bridgewater, JJ.

[No. 24807-7-II.   Division Two.   August 25, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. KIRK WILLIAM
ROBERTS, *Respondent.*

Appeal from a judgment of the Superior Court for Clark
County, No. 98-8-01353-8, Ronald C. Wilkinson, J. Pro
Tem., entered June 18, 1999. *Reversed* by unpublished
opinion per Armstrong, C.J., concurred in by Morgan and
Hunt, JJ.